UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14051-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KENVONTE JAVON GASKIN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S AMENDED REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on August 4, 2017. A Report and Recommendation was filed on August 16, 2017, [ECF No. 23], and Amended Report and Recommendation was filed on August 31, 2017 [ECF No. 24] recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to both Reports and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Amended Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 23], of United States Magistrate Judge Shaniek M. Maynard, is **Denied as moot,** and the Amended Report and Recommendation [ECF No. 24] is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts One, Two, Three, Four and Five of the Indictment, which charges the Defendant in Count One; Possession with Intent to Distribute Crack Cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in Count Two; Carrying a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code,

Section 924 (c) (1) (A) (i), in Count Three; Possession of a Firearm and Ammunition by a Convicted Felon in violation of Title 18, United States Code, Section 922 (g)(1), in Counts Four and Five; Possession of Ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922 (g)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of September, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Maynard
All Counsel Of Record