UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: **17-CR-14051-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

v.

KENVONTE JAVON GASKIN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the *Petition for Warrant for Offender Under Supervision* ("the Petition") requested by the United States Probation Office, which was granted by Judge Martinez on July 16, 2025 **[ECF No. 33]**.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on September 16, 2025 **[ECF No. 49]**. A Report and Recommendation was filed on September 17, 2025, recommending that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, 5, 6, 7, and 8 of the Petition be accepted **[ECF No. 50]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 50]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety. The Defendant is adjudged guilty of Violations 1, 2, 3, 4, 5, 6, 7, and 8 of the Petition.

Violation Number 1 charges Defendant with having violated a mandatory condition of his supervision by committing the offense of Possession of a Firearm by a Convicted Felon, in

violation of Florida Statute 790.23(1)(A), on or about March 13, 2025. Violation Numbers 2, 3, and 4 charge Defendant with having violated a standard condition of his supervision by associating with convicted felons Damonta Oneal, Tyrone Williams, and Torrey Jenkins. Violation Numbers 5, 6, and 7 charge Defendant with having violated a special condition of his supervision by associating with known 23rd Street Gang members while on supervised release, specifically Damonta Oneal, Tyrone Williams, and Torrey Jenkins. Violation Number 8 charges Defendant with having violated a special condition of his supervision by being unemployed for a term of more than thirty days. Therefore, Defendant has been found in violation of the conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Tuesday, November 4, 2025, at 11:00 a.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 2d day of October, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office